**Law Office of
Edward M. Robinson**

Edward M. Robinson
Bar No. 126244
21515 Hawthorne Boulevard
Suite 665
Torrance, CA 90503
Tel: (310) 316-9333
Fax: (310) 316-6442
email: eroblaw@aol.com

Attorneys for Defendant **RICHARD J. TROWE**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO: 2:09-CR-45-WBS |
| Plaintiff, | ) ORDER |
| v. | ) |
| RICHARD J. TROWE, | ) |
| Defendant. | ) |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT Defendant Richard Trowe's surrender date to the Bureau of Prisons, as designated to Herlong - SCP, 741-925 Access Road, Herlong, California 96113, shall be extended from April 8, 2010 to July 8, 2010, before 2:00 p.m.

IT IS SO ORDERED:

DATED: March 31, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE