**Law Office of
Edward M. Robinson**
Edward M. Robinson
Bar No. 126244
21515 Hawthorne Boulevard
Suite 665
Torrance, CA 90503
Tel: (310) 316-9333
Fax: (310) 316-6442
email: eroblaw@aol.com
Attorneys for Defendant **RICHARD J. TROWE**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO: 2:09-CR-45-WBS |
| Plaintiff, | ) STIPULATION BY PARTIES |
| v. | ) TO EXTEND SURRENDER DATE |
| | ) OF DEFENDANT RICHARD J. |
| RICHARD J. TROWE, | ) TROWE; ORDER |
| Defendant. | ) |
| _____ | ) |

    Defendant Richard J. Trowe (hereinafter referred to as "Mr. Trowe,") by and through his attorney of record Edward M. Robinson and United States of America, by and through its representative Samantha S. Spangler, Assistant United States Attorney, hereby stipulate for an Order of this Court granting Mr. Trowe an extension of time from July 8, 2010, to November 18, 2010, to surrender to the Bureau of Prisons.

    The parties stipulate for the purpose of providing Mr. Trowe additional time to make full restitution to the Internal Revenue Service. [To date, Mr. Trowe has presented cashier's checks/money orders in the amount of $40,000.00, payable to the IRS.]

    IT IS SO STIPULATED:

DATED: July 2, 2010          LAW OFFICE OF EDWARD M. ROBINSON


                                    /s/
                             EDWARD M. ROBINSON
                             Attorney for Defendant
                             Richard Trowe


DATED: July 2, 2010          BENJAMIN B. WAGNER
                             United States Attorney


                             /s/ Edward M. Robinson for
                             SAMANTHA S. SPANGLER
                             Assistant United States Attorney


### **ORDER**

   GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT Defendant Richard Trowe's surrender date to the Bureau of Prisons, shall be extended from July 8, 2010 to November 18, 2010, before 2:00 p.m.

   IT IS SO ORDERED:

DATED:  July 2, 2010

                             _____
                             WILLIAM B. SHUBB
                             UNITED STATES DISTRICT JUDGE