1
**Law Office of
Edward M. Robinson**
Edward M. Robinson
Bar No. 126244
21515 Hawthorne Boulevard
Suite 665
Torrance, CA 90503
Tel: (310) 316-9333
Fax: (310) 316-6442
email: eroblaw@aol.com
Attorneys for Defendant **RICHARD J. TROWE**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
UNITED STATES OF AMERICA,      ) NO: 2:09-CR-45-WBS
                               )
          Plaintiff,           ) STIPULATION BY PARTIES
     v.                        ) TO EXTEND SURRENDER DATE
                               ) OF DEFENDANT RICHARD J.
RICHARD J. TROWE,              ) TROWE; [PROPOSED] ORDER
                               )
          Defendant.           )
_____)
```

Defendant Richard J. Trowe (hereinafter referred to as "Mr. Trowe,") by and through his attorney of record Edward M. Robinson and United States of America, by and through its representative Samantha S. Spangler, Assistant United States Attorney, hereby stipulate for an Order of this Court granting Mr. Trowe an extension of time from Thursday, November 18, 2010, to Friday, January 21, 2011, before 2:00 p.m.to surrender to the Bureau of Prisons.

The parties stipulate for the purpose of providing Mr. Trowe additional time to make full restitution to the Internal Revenue Service. [To date, Mr. Trowe has presented cashier's checks/money orders in the amount of $60,000.00, payable to the IRS.]

1

2    IT IS SO STIPULATED:

3  DATED: November 17, 2010      LAW OFFICE OF EDWARD M. ROBINSON

4

5                                /s/ Edward M. Robinson
                                 EDWARD M. ROBINSON
6                                Attorney for Defendant
                                 Richard Trowe
7

8
   DATED: November 17, 2010      BENJAMIN B. WAGNER
9                                United States Attorney

10

11                               /s/ Edward M. Robinson for
                                 Samantha Spangler
12                               SAMANTHA S. SPANGLER
                                 Assistant United States Attorney
13

14
                              **ORDER**
15

16    GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT

17 Defendant Richard Trowe's surrender date to the Bureau of

18 Prisons, shall be extended from Thursday, November 18, 2010,

19 to Friday, January 21, 2011, before 2:00 p.m.

20
      IT IS SO ORDERED:
21

22 DATED:  November 19, 2010

23            [signature]
   _____
24            WILLIAM B. SHUBB
              UNITED STATES DISTRICT JUDGE
25

26

27

28