**Law Office of
Edward M. Robinson**

Edward M. Robinson
Bar No. 126244
21515 Hawthorne Boulevard
Suite 665
Torrance, CA 90503
Tel: (310) 316-9333
Fax: (310) 316-6442
email: emrlaw@aol.com

Attorneys for Defendant **RICHARD J. TROWE**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | NO: 2:09-CR-45-WBS |
| ) | |
| Plaintiff,  ) | OPPOSED EX PARTE |
| v.  ) | APPLICATION TO EXTEND |
| ) | SURRENDER DATE; |
| ) | DECLARATION OF EDWARD M. |
| ) | ROBINSON IN SUPPORT |
| ) | THEREOF; [~~PROPOSED~~] |
| RICHARD J. TROWE,  ) | ORDER |
| ) | |
| Defendant.  ) | |
| _____ ) | |

Defendant Richard J. Trowe (hereinafter referred to as "Mr. Trowe,") by and through his attorney of record Edward M. Robinson, hereby applies to this Court Ex Parte for an Order granting Mr. Trowe an extension of time from Friday, January 21, 2011, at 2:00 p.m. to Monday, March 21, 2011, at 2:00 p.m. to surrender to the U.S. Marshal or Bureau of Prisons.

The purpose of this Ex Parte Application and the need for an extension of time for Mr. Trowe to surrender is detailed in the Declaration of Edward M. Robinson incorporated herein.

1  This application is filed Ex Parte given Mr. Trowe's
2 surrender date is today, January 21, 2011, and the
3 government, by and through Samantha Spangler respectfully
4 opposes any stipulation for a further extension of time.
5 DATED: January 21, 2011        LAW OFFICE OF EDWARD M. ROBINSON

　　　　　　　　　　　　　　　　 /s/ Edward M. Robinson
　　　　　　　　　　　　　　　　EDWARD M. ROBINSON
　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　Richard Trowe

**DECLARATION OF EDWARD M. ROBINSON**

1.  I, EDWARD M. ROBINSON, declare:

2.  That I am attorney of record for Defendant Richard Trowe in the above referenced case.

3.  That on February 1, 2009, Mr. Trowe was sentenced 18 months in custody and ordered $185,000.00 in restitution.

4.  That there have been three unopposed extensions of Mr. Trowe's surrender date due to the fact that Mr. Trowe is employed and has made $60,000.00, in restitution payments.

5.  That Mr. Trowe has informed me that he can make another $60,000.00, payment toward restitution, on or about February 15, 2011.  If he surrenders on this date, he will not be able to make this payment as he will lose his job.

6.  That I asked Assistant United States Attorney Samantha Spangler for a stipulation to continue the surrender date and she has respectfully declined to stipulate and therefore opposes this application.

7.  That I respectfully request this Court grant an extension for Mr. Trowe to surrender from Friday, January 21, 2011, at 2:00 p.m. to March 21, 2011 at 2:00 p.m. to the U.S. Marshal.

I declare under the penalty of perjury that the forgoing is true and correct to the best of my knowledge.  Executed this 21st day of January 2011.

 /s/ Edward M. Robinson

**ORDER DENYING APPLICATION**

The foregoing request to further extend the date for defendant to surrender for service of his sentence is **DENIED**.

IT IS SO ORDERED.

DATED: January 21, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE